# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, a nongovernmental organization; and ADAM SHAPIRO, ANAS SHAWKAT MUSEITEF, HAIDAR DARWISH, and MOHAMMED AHMED ABUJAYYAB, | Case No. 2:23-cv-12436 Hon. Laurie J. Michelson Mag. Kimberley G. Altman |
| Plaintiffs, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, a federal agency, and DEPARTMENT OF STATE, a federal agency, | |
| Defendants. | |

_____

Huwaida Arraf (NY Bar 4707220)
1394 E. Jefferson Ave.
Detroit, MI 48207
Tel: 313.567-6170
Email: huwaida.arraf@gmail.com
*Attorney for Plaintiffs*

Samuel W. Jarjour (IN Bar 15468-02)
7824 Coldwater Road
Fort Wayne, IN 46825
Tel: (260) 420-2333
Fax: (260) 420-2335
Email: sam@jarjourlaw.com
*Attorney for Plaintiffs*

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs in the above-captioned matter, initiated this action on September 26, 2023, seeking declaratory and injunctive relief related to Defendants' decision to admit Israel into the U.S. Visa Waiver Program based on a Memorandum of Understanding that, amongst other things, violated Plaintiffs' constitutional rights.

Pursuant to Federal Rule of Civil Procedure 41, a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal prior to the opposing party serving either an answer or other responsive pleading. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants in this matter have not served Plaintiffs with either an answer or any responsive pleading pursuant to Fed. R. Civ. P. 4. Plaintiffs thus hereby give notice of the voluntary dismissal of this action without prejudice, pursuant to Rule 41(a)(1)(A)(i) and (B).

Respectfully submitted,

*/s/ Huwaida Arraf*
Huwaida Arraf (NY Bar 4707220)
1394 E. Jefferson Ave.
Detroit, MI 48207
Tel: 313.567-6170
Email: huwaida.arraf@gmail.com

*/s/ Samuel W. Jarjour*
Samuel W. Jarjour (IN Bar 15468-02)
7824 Coldwater Road
Fort Wayne, IN 46825
Tel: (260) 420-2333
Email: sam@jarjourlaw.com

*Attorneys for Plaintiffs*

Dated: November 9, 2023

## CERTIFICATE OF SERVICE

I, Huwaida Arraf, hereby certify that on November 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ *Huwaida Arraf*
Attorney for Plaintiffs